1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN GUSTAFSON,

     Plaintiff,                            No. CIV S-08-0612 DAD

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.                     <u>ORDER</u>

/

        Plaintiff, proceeding through counsel, has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted an affidavit indicating that he is unable to prepay fees and costs or give security for them. However, inconsistencies in the affidavit require clarification.

        In response to the first question on the form, plaintiff indicates that he is not currently incarcerated. However, in response to Question 3, which concerns money received within the past twelve months, plaintiff checked a box indicating that he received money from a source other than the sources listed but added: "I am currently in prison and have no income." Plaintiff will be required to file an amended application that resolves the inconsistencies concerning incarceration and includes details regarding income received during the twelve-month period prior to commencing this action.

1   If plaintiff is incarcerated, his amended in forma pauperis application must be
2   submitted on a form appropriate for use by a prisoner. See 28 U.S.C. § 1915(a)(2) & (b)(1) &
3   (2). Forms may be obtained from the Clerk of the Court. The court is required to assess an
4   initial partial filing fee when a plaintiff is incarcerated and has had funds in his prison trust
5   account during the time specified in 28 U.S.C. § 1915(b)(1). The court is also required to direct
6   the agency having custody of a prisoner to forward payments to the court when funds are
7   available in the prisoner's prison trust account, as set forth in 28 U.S.C. § 1915(b)(2).
8   Accordingly, IT IS ORDERED that plaintiff is granted thirty days from the date of
9   this order to file an amended application to proceed in forma pauperis.
10  DATED: March 24, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/gustafson0612.ifp.status

2