IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN GUSTAFSON,

    Plaintiff,                                No. CIV S-08-0612 DAD

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                         ORDER

/

        Plaintiff, a state prisoner proceeding with counsel, requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Pursuant to the court's order filed March 24, 2008 and an extension of time granted on May 5, 2008, plaintiff has filed an amended in forma pauperis application with an uncertified copy of a prison trust account statement showing transactions for four and a half months preceding the filing of plaintiff's complaint.[1]

/////

---

[1] As noted on the application form filed by plaintiff, a prisoner seeking leave to proceed in forma pauperis is required to provide certified statements covering the 6-month period prior to the filing of his complaint. See 28 U.S.C. § 1915(a)(2) ("A prisoner . . . shall submit a certified copy of the trust fund account statement . . . for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined."). The statement submitted by plaintiff has not been certified and does not cover the full 6-month period. The court assumes that counsel has such statements but failed to submit them.

1

1    The court will grant plaintiff's amended application to proceed in forma pauperis.
2 However, plaintiff is required to pay the full amount of the statutory filing fee of $350.00.  See
3 28 U.S.C. §§ 1914(a) and 1915(b)(1).  An initial partial filing fee of $8.94 will be assessed by
4 this order.  See 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate
5 agency to collect the initial partial filing fee from plaintiff's prison trust account when funds are
6 available and forward the fee to the Clerk of the Court.  Thereafter, plaintiff will be obligated for
7 monthly payments of twenty percent of the preceding month's income credited to his trust
8 account.  These payments must be forwarded by the appropriate agency to the Clerk of the Court
9 each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  See
10 28 U.S.C. § 1915(b)(2).

11    Accordingly, IT IS HEREBY ORDERED that:

12    1. Plaintiff's May 29, 2008 amended motion to proceed in forma pauperis is
13 granted, and plaintiff's March 18, 2008 motion is moot.

14    2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
15 Plaintiff is assessed an initial partial filing fee of $8.94.  All fees shall be collected and paid in
16 accordance with this court's order to the Director of the California Department of Corrections
17 and Rehabilitation filed concurrently herewith.

18    3. The Clerk of the Court is directed to serve the undersigned's scheduling order
19 in social security cases.

20    4. The Clerk of the Court is further directed to serve a copy of this order on the
21 United States Marshal.

22    5. Within fifteen days from the date of this order, plaintiff's counsel shall submit
23 to the United States Marshal a completed summons, four copies of the complaint, and a copy of
24 the scheduling order served with this order.  Thereafter, plaintiff's counsel shall file a statement
25 with the court advising the date upon which said documents were submitted to the United States
26 Marshal.

6. The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order. Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. See Fed. R. Civ. P. 4(i)(1)(A) & (B). The United States Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Boulevard, Room 611, Altmeyer Building, Baltimore, MD 21235. See Fed. R. Civ. P. 4(i)(2).

DATED: August 12, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/gustafson612.ifp.gr